1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) Case No. 5:11-MJ-00062-JLT
                                 )
12              Plaintiff,       ) STIPULATION TO CONTINUE
                                 ) PRELIMINARY HEARING;
13                               ) [PROPOSED] ORDER
           v.                    )
14                               ) Date: December 19, 2011
   MARIA GUADALUPE TAPIA,        ) Time: 1:30 p.m.
15                               )
                Defendant.       )
16 _____)

17      **IT IS HEREBY STIPULATED** by and between the parties hereto,

18 and through their respective attorneys of record herein, that the

19 preliminary hearing now set for December 16, 2011, may be

20 continued to **December 19, 2011, at 1:30 p.m.**

21      The reason for the short continuance is to allow time for

22 the U.S. Marshals Service to transport defendant from Kern County

23 to Fresno for the preliminary hearing.  The new preliminary

24 hearing date is still within the time frame required by statute.

25 ///

26 ///

27 ///

28 ///

Dated: December 13, 2011                Respectfully submitted,

                                                  BENJAMIN B. WAGNER
                                                United States Attorney

                                      By: /s/ Ian L. Garriques
                                                IAN L. GARRIQUES
                                                Assistant U.S. Attorney

Dated: December 13, 2011       By: /s/ Victor M. Chavez
                                                VICTOR M. CHAVEZ
                                                Attorney for Defendant

## O R D E R

**IT IS SO ORDERED.**

DATED: 12/13/11                     _/s/ Jennifer L. Thurston_
                                           UNITED STATES MAGISTRATE JUDGE